UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEAMSTERS UNION LOCAL NO. 142 PENSION TRUST FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 2:10 CV 368 |
| AD CONNER, INC., and HEIDENREICH TRUCKING COMPANY, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Andrew Rodovich entered on October 25, 2012 [DE 42]. No party has filed an objection to Magistrate Judge Rodovich's Report and Recommendation. The Court, having reviewed the Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Amended Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Sanctions Against Defendant Heidenreich Trucking Company [DE 41] is hereby **GRANTED.** Magistrate Judge Rodovich's Report & Recommendation is hereby adopted in its entirety and fully incorporated into this order, and the Clerk is hereby **DIRECTED** to enter a clerk's entry of default against Defendant Heidenreich Trucking Company pursuant to Fed. R. Civ. P. 55(a). Once the Clerk has entered a default against Defendant Heidenreich Trucking Company, the Clerk shall mail a copy of this order and a copy of the entry of default to the Defendant at the following address:

- John Cunnea, Registered Agent, Heidenreich Trucking Company, 160 S. LaGrange Road, Frankfort, IL 60423.

Within thirty days of entry of this order, the Plaintiff is **ORDERED** to submit a motion for entry of default judgment, along with supporting materials, and a proposed default judgment order. Plaintiff is also **ORDERED** to mail a copy of the motion for default judgment to the Defendant at the address above, and shall indicate the mailing by a certificate of service on the motion.

    **SO ORDERED.**
    ENTERED: January 24, 2013

    s/ Philip P. Simon
    Philip P. Simon, Chief Judge
    United States District Court